UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL PRICE II,**<br><br>　　　　　　*Plaintiff*,<br>　v.<br>**LIFE TIME FITNESS, INC, et al.,**<br><br>　　　　　　*Defendants*. | Civil Action No. 16-5650<br><br>ORDER |

**THIS MATTER** comes before the Court on Plaintiff Michael Price II's ("Plaintiff") motion to remand this matter to the Superior Court of New Jersey, Essex County, Dkt. No. 9;

and it appearing that the Hon. Michael Hammer issued a Report and Recommendation ("R&R") dated December 8, 2016, in which he recommended that this Court grant Plaintiff's motion, Dkt. No. 15;

and it appearing that neither Defendants nor Plaintiff have filed any objections to the R&R; and

it appearing that for the reasons set forth in Judge Hammer's R&R;

**IT IS**, on this 10th day of February, 2017,

**ORDERED** that Judge Hammer's R&R is **ADOPTED** and Plaintiff's motion to remand is **GRANTED**.

The case is now closed.

　　　　　　　　　　　　　　　　　　　　*/s Madeline Cox Arleo*　　　　　　
　　　　　　　　　　　　　　　　　　　　**Hon. Madeline Cox Arleo**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**